IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01722-MSK

ABIGAIL L. CHAVEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant/s.

## FINAL JUDGMENT

Pursuant to and in accordance with the oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on December 28, 2015, are incorporated herein by reference.  Consistent therewith, it is hereby

ORDERED that the Decision of the Administrative Law Judge is reversed and the matter is remanded for further consideration subject to the following:

1.    The Administrative Law Judge shall not reconsider findings at steps 1, 2, or 3 of the sequential analysis.

2.    At step 4, the diagnosis and the RFC of Dr. Tycner shall be controlling through September 1, 2010, the date of her written report.

3.    The Administrative Law Judge shall consider such evidence as is appropriate in determining the effect of claimant's RFC after that date.

4. If appropriate, the Administrative Law Judge shall make a closed-end award of benefits.

ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 29th day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk